

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| TERRIL EDWARDS | : | NO. 08-27 |

**FILED**

FEB 24 2012

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

**ORDER**

**AND NOW**, this 24th day of February, 2012, upon consideration of Defendant Terril Edwards's "Modification Motion Pertaining to Cocaine Base" (Docket No. 95), and the Government's response thereto, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

BY THE COURT:

_____
John R. Padova, J.

xc: MAILED

T. EDWARDS